UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-23603-SEITZ

CIRO MARCHETTI,
      Plaintiff,

v.

ZOETOP BUSINESS CO., LTD, and SHEIN DISTRIBUTION CORP.;
      Defendants.
_____/

## AMENDED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 18]. It is hereby

ORDERED THAT

(1)    This action is DISMISSED with prejudice against all Defendants.

(2)    All parties shall bear their own attorney's fees and costs.

(3)    All pending motions not otherwise ruled upon are DENIED as moot.

(4)    This case is CLOSED.

**DONE and ORDERED** at Miami, Florida, this 17th day of March, 2023.

                                              PATRICIA A. SEITZ
                                              UNITED STATES SENIOR DISTRICT JUDGE

Cc: Counsel of Record